**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PRISCILA IMELDA RODRIGUEZ, an individual and on behalf of all others similarly situated,

Plaintiff,

vs.

LONGS DRUG STORES CALIFORNIA, L.L.C., a California Limited Liability Company; CAREMARK, L.L.C., a California Limited Liability Company; CVS PHARMACY, INC., a Rhode Island Corporation, and DOES 1 – 50, Inclusive,

Defendants.

CASE NO. 1:25-cv-01095-JLT-HBK

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS AND PAGA CLAIMS WITHOUT PREJUDICE AND PROCEED ON INDIVIDUAL BASIS

District Judge: Hon. Jennifer L. Thurston
Magistrate Judge: Hon. Helena M. Barch-Kuchta

Action Filed: July 17, 2025
Action Removed: August 8, 2025

Pursuant to the Parties' Stipulation to Dismiss Class and PAGA Claims Without Prejudice, the Declaration of May T. To in support thereof, and good cause appearing therefor, the Court hereby enters the following order:

1. The Class and PAGA Claims are dismissed without prejudice.

2. Plaintiff's individual claims will proceed.
3. This matter is remanded to the Superior Court of California for the County of Fresno.

IT IS SO ORDERED.

Dated: _July 20, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE